UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

Continental Western Insurance Company,

           Plaintiff

v.

Bread Loaf Corporation,

           Defendant

Case No. 2:21-cv-00176

## NOTICE OF VOLUNTARY DISMISSAL
## OF CLAIMS AGAINST BREAD LOAF CORPORATION

NOW COMES, the plaintiff Continental Western Insurance Company, by and through their attorneys, Primmer Piper Eggleston & Cramer, PC and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the claims asserted against Defendant Bread Loaf Corporation filed in the above matter on June 22, 2021. This voluntary dismissal is proper under Rule 41(a)(1)(A)(i) because Bread Loaf Corporation has not been served with the Complaint, nor have they served an Answer or Motion for Summary Judgment in this action.

           Respectfully submitted,

           Continental Western Insurance Company
           By Its Attorneys,

*4891644.1*

                                                Primmer Piper Eggleston & Cramer, PC

Dated: 7/9/2021                    By:    /s/ Doreen F. Connor
                                                          Doreen F. Connor, #5160
                                                           PO Box 3600
                                                           Manchester, NH  03105
                                                           (603) 626-3300
                                                           dconnor@primmer.com

*4891644.1*